IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



UNITED STATES OF AMERICA )
)
v. ) No. 1:23CR260-3
)
ELMER RUBEN CASTRO )

ORDER OF DETENTION

This matter is before the Court on Defendant's Waiver of the detention hearing. The Court has reviewed and accepts Defendant's Waiver.

IT IS THEREFORE ORDERED that Defendant's Waiver of Detention Hearing is ACCEPTED, the detention hearing is CANCELLED, the Government's motion for detention is GRANTED, and Defendant is DETAINED without bond pending the resolution of this matter.

This, the 18th day of October, 2023.

_____
United States Magistrate Judge