IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


UNITED STATES OF AMERICA      :
                          :
         v.                :      1:23CR260-3
                           :
ELMER RUBEN CASTRO         :


## STATUS REPORT

Pursuant to the applicable Scheduling Order, counsel for the defendant

and counsel for the United States inform the Court as follows:

☒     A plea agreement has been signed and filed.

☐     The parties have agreed on a plea agreement and a written
       plea agreement

☐     The defendant intends to plead guilty without a written
       plea agreement.

*If any of the above three boxes is checked, check at least one box below:*

     ☐     the defendant consents to a video conference Rule 11 hearing.

     ☐     the defendant consents to a teleconference Rule 11 hearing.

     ☒     the defendant is or will be ready to proceed with a Rule 11
           hearing as soon as an in-person hearing can be scheduled.

☐ The matter is not ready for Rule 11 hearing or trial because:

    ☐ There is a pending motion which must be resolved.

    The motion ☐ does ☐ does not require a hearing at which the defendant must be present.

    ☐ There are outstanding discovery issues which must be resolved.

☐ The defendant does not intend to plead guilty, and the case needs to be set for jury trial.

Scheduling limitations or issues, if any: _____.

Trial time estimate: _____ (from beginning of jury selection to submission to the jury).

☒ The parties have discussed the requirements of the Speedy Trial Act and

    ☐ The Government ☐ has filed ☐ intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.

    ☐ There are no Speedy Trial Act issues if the matter can be heard during the October 2023 Criminal Term.

    ☒ There are no Speedy Trial Act issues.

☐ Other information relevant to scheduling:

2

☐    If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety: _____.

This, the 31st day of January, 2024.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney


/S/ ERIC L. IVEREON
Assistant United States Attorney
NCSB #46703
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., Fourth Floor
Greensboro, NC 27401
e-mail: eric.iverson@usdoj.gov
Phone: 336/333-5351

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dylan W. Greenwood, Esq.

/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB #46703
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351