IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:23CR260-3 |
| | : | |
| ELMER RUBEN CASTRO | : | |

FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and states that the factual basis for a guilty plea is as follows:

Home Invasion Robbery Scheme:

In 2023, after being recruited by REMY RA ST FELIX, ELMER RUBEN CASTRO joined JAROD GABRIEL SEEMUNGAL and others in a scheme to commit home invasions, detain individuals, extort access to cryptocurrency accounts or wallets, and steal the funds therein. SEEMUNGAL and others devised the scheme in 2022, and, as a part of the conspiracy, organized a South Florida-based robbery crew. Later, in the fall of 2022, the conspirators added a Texas-based robbery crew.

The conspirators communicated and planned their crimes by text message, chiefly via the Telegram, Wickr, and Signal messaging applications. Over the course of the scheme, the conspirators targeted individuals who they

believed had profited from account takeover heists (e.g., Victim-3 and Victim-6) and individuals that they believed possessed large amounts of cryptocurrency (e.g., Victim-8 and Victim-10).

Conspirators committed home invasions for the purpose of stealing cryptocurrency in Delray Beach, Florida (Victim-1), Homestead, Florida (Victim-3), Little Elm, Texas (Victim-6), and Durham, North Carolina (Victim-8). They planned and took steps to commit home invasions at two additional locations in Florida, in New York (Victim-10), and in Georgia. ST FELIX was directly involved in or aided and abetted each of these incidents.

April 12, 2023 - Invasion of Victim-8's Home in Durham, North Carolina:

On or about April 8, 2023, ST FELIX and ELMER RUBEN CASTRO traveled from South Florida to Durham to rob Victim-8 of cryptocurrency. In the following days, they surveilled Victim-8's home and purchased items so that they could pose as construction workers.

On April 12, 2023, at approximately 7:30 am, purporting to be members of a work crew, ST FELIX and CASTRO knocked on Victim-8's door. Victim 8's wife (Victim-9) answered. The men entered the home and one of them grabbed Victim-9. Both men were armed with handguns. Victim-9 screamed and was knocked to the floor. At least twice, one of the men intentionally banged Victim-9's head on the ceramic floor causing her to bleed. Victim-9 sustained three broken ribs. One of the men punched Victim-8 in the face causing him to bleed.

The men zip-tied the victims' hands and feet together. They placed duct tape around Victim-9's head and mouth. During the home invasion, the men threatened to kill Victim-9, to cut off Victim-8's toes and genitalia, to shoot Victim-8, and to rape Victim-9.

CASTRO dragged Victim-9 by her legs into a bathroom where he remained with her. ST FELIX forced Victim-8 upstairs to a loft office. ST FELIX asked Victim-8 about Victim-8's Coinbase.com account and continued to threaten him. At gunpoint, Victim-8 unlocked his desktop computer and provided access to his phone and multi-factor authentication application. ST FELIX communicated with SEEMUNGAL by Telegram audio call. ST FELIX downloaded AnyDesk remote desktop software to Victim-8's computer. Using Victim-8's multi-factor authentication application, SEEMUNGAL accessed Victim-8's Coinbase.com custodial cryptocurrency account.

SEEMUNGAL, who was in Florida, remotely accessed Victim-8's computer and made three cryptocurrency transfers out of Victim-8's Coinbase.com account. A fourth transfer was attempted but blocked by Coinbase.com. Before each of the transfers, SEEMUNGAL exchanged various cryptocurrency coins into a common coin type (i.e., Bitcoin and Ether). The transfers from the account were as follows:

| Time | Coin | Approximate Value |
|---|---|---|
| 8:23 am | 7.49386854 Ether | $14,037 |
| 8:40 am | 4.63376598 Bitcoin | $140,619 |

3

| 8:48 am | 1.16478113 Ether | $2,197 |
|---|---|---|
| | | Total: $156,853 |

| Time | Coin | Approximate Value |
|---|---|---|
| 9:01 am | 4.73712395 Ether | $9,145 (failed) |

ST FELIX and CASTRO placed Victim-8 in the bathroom with Victim-9, destroyed their phones and Victim-8's computer, and then left. Victim-9 was able to free herself and Victim-8. They ran next door and a neighbor called 911 at 9:17 am.

SEEMUNGAL attempted to launder the stolen funds by converting them into an anonymity-enhanced cryptocurrency[1] using a cryptocurrency instant exchange. He then converted a portion of the funds out of the privacy coin and sent ST FELIX and CASTRO $22,267 worth of cryptocurrency each at their Coinbase.com accounts.

---

[1] Anonymity-enhanced cryptocurrency, sometimes called "privacy coins," are cryptocurrencies that preserve anonymity by obscuring the flow of money across their networks. They make it difficult to work out who sent what to whom.

4

This the 5th day of February, 2024.

SANDRA J. HAIRSTON
United States Attorney

/S/ ERIC L. IVERSON
Assistant United States Attorney
Middle District of North Carolina
NCSB No.: 46703
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone: 336/333-5351

/S/ BRIAN Z. MUND
Trial Attorney
CASB No.: 324699
United States Department of Justice
Computer Crime and Intellectual Property Section
Phone:  202/598-6205

5

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dylan W. Greenwood

SANDRA J. HAIRSTON
United States Attorney

/S/ ERIC L. IVERSON
Assistant United States Attorney
Middle District of North Carolina
NCSB No.: 46703
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351